IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MESSIER, d/b/a the LIBERTY FELLOWSHIP, and the LIBERTY HOLDINGS TRUST,<br><br>Defendant. | ) | Case No. 1:06-cv-00390-ML-DLM |

**MOTION FOR ENTRY OF FINAL JUDGMENT OF PERMANENT INJUNCTION**

Plaintiff, the United States of America, moves for entry of a final judgment of permanent injunction in the agreed form submitted herewith.

ROBERT CLARK CORRENTE
United States Attorney

/s/Thomas M. Newman
THOMAS M. NEWMAN
Trial Attorney, Tax Division
Conn. Bar. No. 422187
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9926

Attorney for the United States of America

**CERTIFICATE OF SERVICE**

This is to certify that on the 18th day of September 2006, a copy of this MOTION FOR ENTRY OF PERMANENT INJUNCTION AND STIPULATED CONSENT INJUNCTION was sent by First Class United States Mail, postage prepaid, and addressed to:

Keven A. McKenna, P.C.
Attorney for defendant
23 Acorn Street
Providence, Rhode Island 02903

/s/Thomas M. Newman
THOMAS M. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice