IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC MESSIER, d/b/a the LIBERTY FELLOWSHIP, and the LIBERTY HOLDINGS TRUST,<br>Defendant. | Case No. 1:06-cv-00390-ML-DLM |

**CERTIFICATE OF COMPLIANCE**

The defendants, Eric Messier, by and through his undersigned counsel files this certificate of compliance to inform the court he has complied with paragraph 6 of the court's order dated September 19, 2006.

ROBERT CLARK CORRENTE
United States Attorney

KEVEN A. MCKENNA
Keven A. McKenna, P.C.
23 Acorn Street
Providence, Rhode Island 02903
Tel: (401) 273-8200
Fax: (401) 521-4820
Email: kevenm@mckennalaw.cc

Attorney for defendant

THOMAS M. NEWMAN
Trial Attorney, Tax Division
Conn. Bar. No. 422187
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9926

Attorney for the United States of America